AO 440 (Rev. 12/09) Summons in a Civil Action

**FILE COPY**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| SunTrust Mortgage, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. 3:12cv692 |
| Meridian Residential Capital, LLC d/b/a First Meridian Mortgage d/b/a Trump Financial | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Meridian Residential Capital, LLC
c/o National Corporate Research LTD, Reg. Agent
250 Browns Hill Ct.
Midlothian, VA 23114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wolfe & Wyman LLP
L. Scott Bruggemann, Esq.
901 E. Byrd Street
Ste. 1105
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

*CLERK OF COURT*

Date: OCT - 1 2012

*Signature of Clerk or Deputy Clerk*